IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO.  07-0158-WS-C |
| ) | |
| LAPHONSE YOUNG, ) | |
| ) | |
|       Defendant. ) | |

## ORDER

This matter is before the Court on the defendant's motion to dismiss Count Two of the indictment. (Doc. 44). Count One charges the defendant with unlawful possession of a firearm between November 2005 and December 2006, while Count Two charges him with unlawful possession of ammunition on or about September 29, 2006. (Doc. 1). The defendant notes that "simultaneous possession of a firearm and ammunition should be punished as one offense," *United States v. Hall*, 77 F.3d 398, 402 (11th Cir. 1996), and concludes that the principle applies here because he is alleged to have possessed the ammunition on a date he is also alleged to have possessed the firearm.

"The general rule is that only one offense is charged under the terms of [Section 922(g)(1)] regardless of the number of firearms involved, absent a showing that the firearms were stored or acquired at different times or places. ...  The government can prove separate receipts by establishing that the weapons were acquired at different times or places; separate possessions can be established by showing either that the weapons were stored in different places or that the weapons were acquired at different times or places." *United States v. Bonavia*, 927 F.2d 565, 569 (11th Cir. 1991) (internal quotes omitted). Nothing on the face of the indictment suggests that the government cannot satisfy this test, and the allegation that the defendant possessed the firearm for almost a year before he possessed the ammunition indicates the government expects to show that the ammunition was acquired at a different time than the firearm.

For the reasons set forth above, the defendant's motion to dismiss Count Two of

the indictment is **denied**.

DONE and ORDERED this 25\th day of September, 2007.

s/ WILLIAM H. STEELE<br>UNITED STATES DISTRICT JUDGE