IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | CRIMINAL NO. 07-0158-CG |
| LAPHONSE TREMANE AKILIO ) | CIVIL NO.  10-00057-CG |
| YOUNG, ) | |
| ) | |
| Petitioner. ) | |

### ORDER

This cause is before the court on the Report and Recommendation of the Magistrate Judge (Doc. 185) and the petitioner's statement of objection thereto (Doc. 189).  The Magistrate Judge recommended that the petitioner's § 2255 petition (Doc. 163) and all ancillary motions (Docs. 181, 182, 183, 184) be denied.  (Doc. 185).  Upon a *de novo* review of those portions of the Report and Recommendation to which objection is made, the court agrees with the Magistrate Judge and finds that the petition is due to be denied.

### DISCUSSION

Petitioner's objection fails to raise any issue not previously addressed in the Magistrate's Report and Recommendation.  Rather, Petitioner merely rehashes and expands upon[1] previously considered and rejected arguments in connection with his

---

[1] Petitioner's objection reasserts his theory that the U.S. Supreme Court's decision in District of Columbia v. Heller, 554 U.S. 570 (2008), invalidated his statute of conviction and thereby renders him "factually innocent." (Doc. 189 at 7).  Petitioner first raised this claim in a motion to amend his petition.  (Doc. 183)  Petitioner's argument is not only inconsistent with his claim that he never possessed the gun, but it is also without merit.  As the Supreme Court explained in McDonald v. City of

§ 2255 claims. The court has considered Petitioner's arguments, and reviewed the Report and Recommendation of the Magistrate Judge. The court finds that the Magistrate Judge properly denied all § 2255 claims raised by Petitioner. The Magistrate Judge also properly rejected Petitioner's request for an evidentiary hearing because Petitioner's allegations are "affirmatively contradicted by the record." Aron v. United States, 291 F.3d 708, 715 n.6 (11th Cir. 2002).

## CONCLUSION

After due and proper consideration of all pleadings in this file, and a *de novo* determination concerning those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this court.

It is **ORDERED** that the petition for writ of habeas corpus filed by Laphonse Tremane Akilio Young is **DENIED** and that this action is hereby **DISMISSED**. The court further finds that the Petitioner is not entitled to issuance of a Certificate of Appealability, and, therefore, is not entitled to appeal in forma pauperis.

**DONE** and **ORDERED** this 21st day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

Chicago, Ill., 130 S. Ct. 3020, 3047 (2010), "[w]e made it clear in Heller that our holding did not cast doubt on such longstanding regulatory measures as 'prohibitions on the possession of firearms by felons and the mentally ill.'" (quoting Heller, 554 U.S. at 626-27). Additionally, in the wake of Heller, the Eleventh Circuit held that 18 U.S.C. § 922(g)(1) does not violate the Second Amendment. United States v. Rozier, 598 F.3d 768, 770 (11th Cir. 2010). Nothing in Heller supports Petitioner's claim for habeas relief.