IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 07-0158-CG |
| LAPHONSE TREMANE AKILIO YOUNG, | ) CIVIL NO. 10-00057-CG |
| | ) |
| Petitioner. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, is **DENIED** and that judgment is entered in favor of the Respondent in the above-styled action.  Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 21st day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE